OPINION — AG — (1) ON ITS FACE, 2 O.S. 1978 Supp., 6-195 [2-6-195](B) (SLAUGHTER OF ANIMALS, MEAT INSPECTION) IS NOT CONSTITUTIONALLY DEFECTIVE. (2) REGULATION NO. 603.1(D)(2)(III) PROVIDING FOR EXEMPTIONS UNDER THE OKLAHOMA MEAT INSPECTION ACT IS NOT ARBITRARY AND CAPRICIOUS. CITE: 2 O.S. 1971 6-181 [2-6-181], 2 O.S. 1971 2-4 [2-2-4] 2 O.S. 1978 Supp., 6-195 [2-6-195](B), ARTICLE VI, SECTION 31 (KAY HARLEY JACOBS)